**FILED**
**CLERK**

1/13/2021 4:22 pm
<u>For Online Publication Only</u>
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
PATRICIA FIELD,

                                    Plaintiff,

                 -against-                                    **ORDER**
                                                             20-CV-4546 (JMA)(ARL)
THE HAMPTONS INTERNATIONAL FILM
FESTIVAL, INC.,

                                    Defendant.
--------------------------------------------------------------X
**AZRACK, United States District Judge:**

  Before the Court is the <u>in forma pauperis</u> application filed by counsel on behalf of Plaintiff, Patricia Field ("Plaintiff").   For the reasons that follow, the application to proceed <u>in forma pauperis</u> is denied without prejudice and with leave to renew upon completion of the AO 239 Long Form <u>in forma pauperis</u> application ("Long Form") attached to this Order.   Alternatively, Plaintiff may remit the $400.00 filing fee.

  Plaintiff's application is incomplete and raises more questions than it answers.   (<u>See</u> ECF No. 2.)   For example, Plaintiff has not answered questions 7-8.   (<u>Id.</u> ¶¶ 7-8.)   Additionally, although Plaintiff reports owning an "automobile" valued at $2,000, she includes no monthly expenses associated therewith such as insurance or gasoline.   (<u>Id.</u> 5-6.)   Similarly, Plaintiff reports ownership of "real estate" valued at nearly $1 million, but lists only utilities and "[h]ouse insurance" in the total monthly sum of $462.54.   (<u>Id.</u> ¶¶ 5-6.)   There are no monthly mortgage payments reported nor are there any monthly expenses included for items such as food.   (<u>Id.</u> ¶ 6.) Plaintiff reports that she is "self-employed and semi-retired" and reports net earnings in the sum of $6,000 per year.   (<u>Id.</u> ¶ 2.)   Plaintiff also reports monthly income from Social Security in the sum of $550.00 and savings in the total sum of $901.85.   (<u>Id.</u> ¶¶ 3-4.)

  Given that the incomplete responses provided by Plaintiff raise more questions than they

answer, Plaintiff's application is denied without prejudice and with leave to renew upon completion of the long form application enclosed with this Order within twenty-one (21) days from the date of this Order.   Alternatively, Plaintiff may remit the $400.00 filing fee.   Plaintiff is warned that a failure to timely comply with this Order may lead to the dismissal of the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal.   See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

Dated:          January 13, 2021
                Central Islip, New York              /s/ (JMA)
                                                 JOAN M. AZRACK
                                                 UNITED STATES DISTRICT JUDGE

2